IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHARLES JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:15-cv-04496-WSD |
| vs. | ) | |
| | ) | |
| JIM ELLIS ATLANTA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon application of the parties and upon review of the private settlement agreement agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreement are the product of arm's length bargaining of qualified counsel and are fair, adequate and reasonable. This Court thereby orders that the above-styled action be DISMISSED WITH PREJUDICE.

This the 23rd day of February, 2016.

Honorable William S. Duffey, Jr.
United States District Court